Same case below, 611 F.3d 31.

**No. 10-7689. Armondo Shelby, Petitioner v. Kenneth Quinn, Warden.**

562 U.S. 1158, 131 S. Ct. 959, 178 L. Ed. 2d 791, 2011 U.S. LEXIS 183.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 384 Fed. Appx. 548.

**No. 10-7691. Elieten Mendoza Zaldivar, Petitioner v. United States.**

562 U.S. 1158, 131 S. Ct. 959, 178 L. Ed. 2d 791, 2011 U.S. LEXIS 189.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 615 F.3d 1346.

**No. 10-7694. Eduardo Vasquez-Martinez, Petitioner v. United States.**

562 U.S. 1158, 131 S. Ct. 959, 178 L. Ed. 2d 791, 2011 U.S. LEXIS 554.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 616 F.3d 600.

**No. 10-7697. Javier Vazquez-Hernandez, Petitioner v. United States.**

562 U.S. 1158, 131 S. Ct. 960, 178 L. Ed. 2d 791, 2011 U.S. LEXIS 203.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 10-7701. Shedrick Crafton, Petitioner v. United States.**

562 U.S. 1159, 131 S. Ct. 960, 178 L. Ed. 2d 791, 2011 U.S. LEXIS 281.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 378 Fed. Appx. 201.

**No. 10-7702. Darren Mottola, Petitioner v. United States.**

562 U.S. 1159, 131 S. Ct. 960, 178 L. Ed. 2d 791, 2011 U.S. LEXIS 376.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 394 Fed. Appx. 567.

**No. 10-7703. Francisco Navarro, Petitioner v. United States.**

562 U.S. 1159, 131 S. Ct. 960, 178 L. Ed. 2d 791, 2011 U.S. LEXIS 74.

January 10, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 608 F.3d 529.